IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY D. JUSTICE, II, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2:21-cv-02844-HB |
| v. | ) |
| | ) |
| MACKINAC FINANCIAL CORPORATION, PAUL D. TOBIAS, WALTER J. ASPATORE, DENNIS B. BITTNER, JOSEPH D. GAREA, KELLY W. GEORGE, ROBERT EDWARD MAHANEY II, ROBERT H. ORLEY, RANDOLPH C. PASCHKE, DAVID R. STEINHARDT, MARTIN A. THOMSON, and NICOLET BANKSHARES, INC., | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses this action ("Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: August 12, 2021

GRABAR LAW OFFICE

By: _/s/ Joshua H. Grabar_
Joshua H. Grabar (#82525)
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
(267) 507-6085
jgrabar@grabarlaw.com

*Counsel for Plaintiff*